YOUNG TUCKER *v.* S. B. WRIGHT.

**Bills and Notes—Negligence in Presenting Order—Laches.**
> Due diligence in protesting and presenting an order for collection is required. Where a defendant fails to show this, he is held guilty of laches.

APPEAL FROM GRAVES CIRCUIT COURT. C. P. DIV.

November 15, 1871.

OPINION OF THE COURT BY JUDGE PETERS:

Keeling sold his land and conveyed it to Carman on the 31st of May 1864 for the price of $1100, three hundred dollars of which were by agreement of Keeling, Carman, and Wilson who was surety of Keeling in his constable's bond to remain in Carman's hands to indemnify Wilson and Tucker, the sureties of Keeling, who held a mortgage on the land to indemnify them.

On the 25th of June, 1864, Keeling gave appellee an order on Carman for one hundred and thirty dollars and eighty-seven cents. then Carman still had the three hundred dollars in his hands to pay off liabilities of Keeling as constable, because Carman proves that it was about one month after he purchased the land that he paid over the three hundred dollars to Keeling, and the deed to Carman shows that the sale was on the 31st day of May, 1864.

It was the duty of appellee to have, with due diligence presented the order to Carman and collected the money, or had the order protested, he fails to show that he had done so. How long after the date of the order till appellee presented it does not appear, but he did not, with due diligence present it, and demand payment and the court below should have allowed a credit to appellants for the amount thereof from its date. And for that error the judgment is *reversed,* and the cause is remanded with directions to award a new trial and for further proceedings consistent with this opinion.

*L. Anderson,* for appellant.
*W. W. Robertson,* for appellee.